UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J.W. TYRAN, JR.,

     Plaintiff,

                                                Case No. 1:26-cv-898

v.

                                                Hon. Hala Y. Jarbou

THE PEOPLE OF THE UNITED STATES,

     Defendant.

_____/

## **ORDER**

Before the Court is Magistrate Judge Phillip J. Green's report and recommendation (R&R) that the Court grant Defendant United States's motion and dismiss this case for failure to state a claim and/or lack of jurisdiction (ECF No. 36).  No party has filed objections to the R&R, and the deadline for doing so expired on March 26, 2026.  Upon review, the Court concludes that the R&R makes a sound recommendation.  Also pending is Plaintiff's motion for default judgment against the United States (ECF No. 38).  The Court will deny the motion because Plaintiff has not sought an entry of default from the Clerk of Court, *see* Fed. R. Civ. P. 55(a), and the United States has timely responded to Plaintiff's complaint (*see* ECF No. 21).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for default judgment (ECF No. 38) is **DENIED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 36) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the United States's motion to dismiss (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim and/or lack of jurisdiction.

A judgment will issue in accordance with this order.


Dated: March 27, 2026                                /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                CHIEF UNITED STATES DISTRICT JUDGE